# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

)
JOSE LUIS JAIME PEREZ,        )
)
        Plaintiff,        )
)
        v.        )        Civil Action No. 13-1084 (RJL)
)
U.S. DEPARTMENT OF JUSTICE,        )
*et al.*,        )
)
        Defendants.        )
)

**FILED**

**MAR 1 9 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

(March ___, 2014)

On November 7, 2013, the defendants filed a motion for summary judgment [ECF No. 9]. The Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned plaintiff that, if he did not respond to the motion by December 6, 2013, the Court would treat the motion as conceded. The Court since has granted the plaintiff's two requests for extensions of time, setting February 24, 2014 as the deadline for the plaintiff's opposition to the defendants' motion. To date, the plaintiff neither has filed an opposition to the motion and nor has requested more time to do so. Accordingly, the Court will treat the defendants' motion as conceded. The defendants' motion and this civil action will be dismissed.

An Order accompanies this Memorandum Opinion.

_____
RICHARD J. LEON
United States District Judge